United States Bankruptcy Court
Eastern District of California

In re:  
Michael J. Neveu  
Sally Denise Trobaugh-Neveu  
      Debtors

Case No. 17-11223-B  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0972-1          User: admin          Page 1 of 1          Date Rcvd: Aug 07, 2017  
                                   Form ID: 318         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2017.
```
db/jdb         +Michael J. Neveu,    Sally Denise Trobaugh-Neveu,    2079 Bella Oaks Dr,    Tulare, CA 93274-7761
aty            +Jerry R. Lowe,    2344 Tulare Street Suite 301,    Fresno, CA 93721-2295
22088803       +Cbcs,    Po Box 275,    Columbus OH 43216-0275
22088804       +Collmgmtreso,    1805 N Fine Ave,    Fresno CA 93727-1646
22088805       +Cr Bur Usa,    757 L St,    Fresno CA 93721-2904
22088809       +Fresno Pol Dept Cr U,    1004 N Van Ness Ave,    Fresno CA 93728-3430
22088811       +High Desert Creditors,    14608 Main St Ste B,    Hesperia CA 92345-3381
22088813       +Joseph F Soares,    HORSWILL MEDEROS SOARES ORMONDE,    PO Box 29,    Tulare CA 93275-0029
22088814       +Kings Credit Service,    510 N Douty St,    Hanford CA 93230-3911
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: FTGMANFREDO.COM Aug 08 2017 01:53:00      Trudi Manfredo,
                 377 W. Fallbrook Ave., Suite 102,    Fresno, CA 93711-6225
smg              EDI: EDD.COM Aug 08 2017 01:53:00      Employment Development Department,
                 Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA  94280-0001
smg              EDI: CALTAX.COM Aug 08 2017 01:53:00      Franchise Tax Board,    PO Box 2952,
                 Sacramento, CA  95812-2952
cr              +EDI: RMSC.COM Aug 08 2017 01:48:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
22088801       +E-mail/Text: jpietig@aamsonline.com Aug 08 2017 01:55:51      Aams Llc,
                 4800 Mills Civic Pkwy St,    West Des Moines IA 50265-5265
22088802        EDI: CAPITALONE.COM Aug 08 2017 01:48:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond VA 23238
22088806       +EDI: NAVIENTFKASMDOE.COM Aug 08 2017 01:53:00      Dept Of Ed navient,    Po Box 9635,
                 Wilkes Barre PA 18773-9635
22088807       +E-mail/Text: bknotice@erccollections.com Aug 08 2017 01:55:58      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville FL 32256-7412
22088808        EDI: CALTAX.COM Aug 08 2017 01:53:00      Franchise Tax Board,    Chief Counsel,
                 C O General Counsel Section,    PO Box 1720 MS A-260,    Rancho Cordova CA 95741-1720
22088810       +E-mail/Text: steph-gma@sti.net Aug 08 2017 01:55:17      Grant Mercantile Age,    49099 Road 426,
                 Oakhurst CA 93644-9486
22088812        EDI: IRS.COM Aug 08 2017 01:48:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia PA 19101-7346
22088815       +E-mail/Text: bankruptcy@loanme.com Aug 08 2017 01:56:39      Loanme Inc,
                 1900 S State College Blv,    Anaheim CA 92806-0101
22088816       +E-mail/Text: bkdepartment@rtresolutions.com Aug 08 2017 01:56:03      Real Time Resolutions,
                 1349 Empire Central Dr,    Dallas TX 75247-4029
                                                                                              TOTAL: 13
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
22088817      ##+Stellar Recovery Inc,    1327 Hwy 2 W,    Kalispell MT 59901-3413
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2017 at the address(es) listed below:
NONE.                                                                                                                 TOTAL: 0

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**